ror to the Supreme Court of the State of Iowa. March 2, 1916. Dismissed with costs, on motion of *Mr. Frederick S. Tyler* for the plaintiffs in error. *Mr. B. I. Salinger* and *Mr. Frederick S. Tyler* for the plaintiffs in error. No appearance for the defendants in error.

No. 267. NATIONAL SURETY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* THE UNITED STATES TO THE USE OF J. A. HOLLINGER ET AL. In error to the United States Circuit Court of Appeals for the Third Circuit. March 6, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. A. C. Stamm* for the plaintiffs in error. *Mr. John E. Fox* for the defendants in error.

No. 221. WILLIAM A. STOWE, PLAINTIFF IN ERROR, *v.* EMMA F. TAYLOR. In error to the Superior Court of the State of Massachusetts. March 8, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Hollis R. Bailey* for the plaintiff in error. *Mr. James H. Veahey* for the defendant in error.

No. 297. J. F. CUNNINGHAM, APPELLANT, *v.* J. P. FLOURNOY, SHERIFF, ETC., ET AL. Appeal from the District Court of the United States for the Western District of Louisiana. March 14, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Taliaferro Alexander* for the appellant. No appearance for the appellees.

No. 304. MASSACHUSETTS BONDING & INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* REALTY TRUST COM-